Dismissed and Memorandum Opinion filed August 20,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-99-00508-CV

____________

 

FIRE INSURANCE EXCHANGE and 

FARMERS INSURANCE EXCHANGE, Appellants

 

V.

 

EARLE S. LILLY, Appellee

 



 

On Appeal from the
61st District Court

Harris
County, Texas

Trial Court Cause
No. 98-47798

 



 

M E M O R
A N D U M  O P I N I O N

This is an appeal from a judgment signed April 16, 1999.  On
March 2, 2000, this court abated this appeal because appellee Earle S. Lilly
petitioned for voluntary bankruptcy in the United States Bankruptcy Court for
the Southern District of Texas, under cause number 99-41834-H3-13.  See
Tex. R. App. P. 8.2.  








Through the Public Access to Court Electronic Records (PACER)
system, the court has learned that the bankruptcy case was closed on August 26,
2005.  The parties failed to advise this court of the bankruptcy court action. 

On July 23, 2009, this court issued an order stating that
unless any party to the appeal filed a motion demonstrating good cause to
retain the appeal within twenty days of the date of the order, this appeal
would be dismissed for want of prosecution.  See Tex. R. App. P.
42.3(b). 

On August 6, 2009, appellants filed an unopposed motion to
dismiss the case without prejudice.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, we reinstate the appeal and order it dismissed. 
Without considering the merits, the trial court=s judgment is vacated and the case is
dismissed without prejudice.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.